UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC. PRODUCTS LIABILITY LITIGATION<br>v.<br><br>This Document Relates to:<br><br>Montee v. BKC Pain Specialists LLC, et al., No: 1:13-cv-12657-FDS | MDL No: 1:13-md-2419-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Anthony E. Abeln, of Morrison Mahoney LLP, on behalf of the defendants, BKC Pain Specialists and Nikesh Batra, M.D.

        Respectfully Submitted
        The Defendants
        BKC PAIN SPECIALISTS
        and NIKESH BATRA, M.D.
        By their attorney,

        /s/ Anthony E. Abeln
        _____
        Anthony E. Abeln, BBO #669207
        Morrison Mahoney LLP
        250 Summer Street
        Boston, MA  02210-1181
        (617) 439-7500
        aabeln@morrisonmahoney.com

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing  (NEF) and paper copies will be sent to those indicated as non registered participants on **December 3, 2013**

/s/ Anthony E. Abeln
_____

1448007v1